Case 2:00-cv-00038-RSL   Document 217   Filed 12/14/01   Page 1 of 4

FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 14 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

CV 00-00038 #00000217

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COMPETITION SPECIALTIES, INC., a Washington corporation,

    Plaintiff,

v.

COMPETITION SPECIALTIES, INC., a Florida corporation,

    Defendant.

Case No. C00-0038L

VERDICT FORM

WE, THE JURY, make the following answers to the questions submitted by the Court:

**Question No. 1**

    Did defendant infringe on plaintiff's COMPETITION SPECIALTIES INC. mark/name?

    YES    NO

     X    ____

If you answered NO to this question please proceed to Question 3. If you answered YES to this question, please continue to Question 2.

217

**Question No. 2.**

Did the defendant intentionally use the COMPETITION SPECIALTIES INC. mark/name, knowing it was an infringement?

|        | YES | NO |
|--------|-----|-----|
|        |     | X  |

**Question No. 3**

Did the defendant infringe on plaintiff's CSI mark/name?

|        | YES | NO |
|--------|-----|-----|
|        | X   |    |

If you answered NO to this question please proceed to Question 5. If you answered YES to this question, please continue to Question 4.

**Question No. 4**

Did the defendant intentionally use the CSI mark/name, knowing it was an infringement?

|        | YES | NO |
|--------|-----|-----|
|        | X   |    |

Please continue.

1  **Question No. 5**

2      Did the defendant engage in unfair competition with respect to plaintiff's
3  COMPETITION SPECIALTIES INC. mark/name?

5                         YES       NO
6                         ____      _X_

8  Please continue.

10 **Question No. 6**

11     Did the defendant engage in unfair competition with respect to plaintiff's CSI
12 mark/name?

14                        YES       NO
15                        ____      _X_

17 If you answered NO to <u>all</u> Questions 1, 3, 5 and 6 please proceed to Question 9. If you
18 answered YES to <u>any one</u> of Questions 1, 3, 5, or 6, please proceed to Question 7.

1  **Question 7**

2  Did the plaintiff suffer any damages as a result of any or all of defendant's activities in
3  Questions 1, 3, 5 or 6?

4                                                   YES       NO
5                                                   ____       _X_

6

7  If you answered NO to Question 7, proceed to Question 9. If you answered YES to Question 7,
8  please continue to Question 8.

9

10  **Question No. 8**

11  What do you find to be the plaintiff's amount of damages?

12  $_____

13

14  Please continue.

15

16  **Question No. 9**

17  Did the defendant violate Washington's Consumer Protection Statute?

18                                          YES       NO
19                                           ____       _X_

20

21  Please sign and return the verdict form.

22

23  DATED this _14_ day of December 2001.

24

25                                            _/s/_____

26                                            Presiding Juror